IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03123–PAB–KMT

MARTHA SIERRA,

    Plaintiff,

v.

STONEBRIDGE LIFE INSURANCE COMPANY, f/d/b/a J.C. PENNEY LIFE INSURANCE COMPANY, a Vermont corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Motion to Modify Scheduling Order" (Doc. No. 38, filed Nov. 17, 2011) is GRANTED. Although the duration of a deposition is ordinarily "limited to 1 day of 7 hours," the court "must allow additional time consistent with Rule 26(b)(2) if needed to fairly examine the deponent." Fed. R. Civ. P. 30(d)(1). Federal Rule of Civil Procedure 26(b)(2) further provides that, "[b]y order, the court may alter the limits in these rules . . . on the length of depositions under Rule 30."

The court finds that additional time is necessary to fairly examine Plaintiff due to: (1) Plaintiff's health issues and the complications created by her ingestion of prescription drugs at her November 10, 2011 deposition; (2) the need to translate counsel's English-language questions into Spanish, and Plaintiff's Spanish-language answers and inquiries into English; (3) and the need to translate a number of audio recordings into Spanish. Accordingly, Defendant shall be allowed 16 hours to depose Plaintiff, with a maximum of seven hours per day.

Dated: November 17, 2011