IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03123–PAB–KMT

MARTHA SIERRA,

    Plaintiff,

v.

STONEBRIDGE LIFE INSURANCE COMPANY, f/d/b/a J.C. PENNEY LIFE INSURANCE COMPANY, a Vermont corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Modify Scheduling Order" (Doc. No. 45, filed March 22, 2012) is **GRANTED** in part, as the court finds the defendant has shown good cause for the modifications. The court notes that much of the delay in this case has been caused by the Plaintiff's illness. Moreover, the delay in taking Plaintiff's deposition is directly attributable to Plaintiff. The court finds it was reasonable to wait until Plaintiff's last deposition to confirm with Plaintiff that she was contesting that it was her voice on the audio recordings. Finally, in light of the fact that Plaintiff's niece admitted at her deposition that after this case had been pending for months, she called the defendant and pretended to be Plaintiff, Defendant should be allowed to designate an expert regarding the recordings.

The deadlines in the Scheduling Order are extended as follows:

    Dispositive Motions    **July 16, 2012**
    Affirmative Expert Disclosure (for the sole purpose of disclosing an expert regarding the authenticity of the audio recordings)    **April 16, 2012**
    Rebuttal Expert Disclosure (for the sole purpose of disclosing an expert regarding the authenticity of the audio recordings)    **May 15, 2012**

Additionally, the discovery cutoff is extended to **June 15, 2012**, for the sole purpose of allowing the parties to depose the expert(s) regarding the authenticity of the audio recordings.

Finally, the Final Pretrial Conference set for June 19, 2012, is VACATED and RESET to **September 17, 2012, at 9:45 a.m.** The parties shall file their proposed Final Pretrial Order no later than September 10, 2012.

Dated: April 2, 2012