IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03123-PAB-KMT

MARTHA SIERRA,

    Plaintiff,

v.

STONEBRIDGE LIFE INSURANCE COMPANY, formerly doing business as J.C. Penney Life Insurance Company, a Vermont corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Joint Stipulation and Motion for Dismissal With Prejudice [Docket No. 117]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Stipulation and Motion for Dismissal With Prejudice [Docket No. 117] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the trial set for October 22, 2013 at 8:30 a.m. is vacated.

DATED October 11, 2013.

                                                  BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge